IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Ralph Ellenburg, | ) | C/A No. 8:06-1606-HFF |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | NOTICE OF PROTECTION FROM |
| | ) | COURT APPEARANCE |
| Tom Johnson Camping Center, Inc., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

    IT APPEARING that Thomas B. Pritchard has requested protection from Court for the case of Ralph Ellenburg v. Tom Johnson Camping Center, Inc., et al., Civil Action No. 8:06-1606-HFF, for the time period of August 1st through the 12th and November 3rd through the 7th, 2008 for his family vacation; and September 10, 11 and 12, 2008, for seminar attendance, and that he has received no objection from the other counsel of record n the above-captioned case, it is

    ORDERED, that Thomas B. Pritchard is granted protection from Court for the time period of August 1st through the 12th, November 3rd through the 7th, 2008, and September 10, 11 and 12, 2008, for the purpose of his family vacation.

    AND IT IS SO ORDERD.

s/Henry F. Floyd
Henry F. Floyd, Judge of the United States District Court

Date:  July 22, 2008

Spartanburg, South Carolina