IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| Ralph Ellenburg, | ) | Civil Action No. 8:06-1606-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER STAYING DEADLINES** |
| | ) | |
| Tom Johnson Camping Center, Inc., | ) | |
| Spartan Motors Chassis, Inc., and | ) | |
| Fleetwood Motor Homes of Indiana, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the Court hereby stays all pre-trial deadlines pending resolution of the Motions for Summary Judgment filed by Defendants. The Court will reset deadlines for Motions in Limine, pre-trial disclosures and jury selection after the Motions for Summary Judgment have been decided.

s/Henry F. Floyd
Henry F. Floyd
United States District Judge

Dated: February _17___, 2009
Spartanburg, South Carolina